FILED
CLERK, U.S. DISTRICT COURT
10/21/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>      Plaintiff,<br><br>    v.<br><br>HS BELMONT LLC, et al.,<br><br>      Defendants. | NO. CV 19-07594 FMO (SSx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel in Plaintiff's Response to Order to Show Cause re Dismissal for Lack of Prosecution (Dkt. 11) that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 21st day of October, 2019.

/s/
Fernando M. Olguin
United States District Judge